IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CYNTHIA ANN SCARBROUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 10-345-N |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

Pursuant to an order this day entered, it is hereby ORDERED, ADJUDGED and DECREED that this action is hereby REMANDED to the Commissioner for further proceedings consistent with this opinion.

DONE this the 9th day of February, 2011.

/s/ Katherine P. Nelson
UNITED STATE MAGISTRATE JUDGE